IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR47 |
| vs. | ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| SHERMAN CLEMONS, | |
| Defendant. | |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 27th day of February, 2018.

BY THE COURT:

_____
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE